| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Hector Rivera | Telephone: (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.
Felipe GONZALEZ-GARCIA, a/k/a Efrain VEGA-MORENO, a/k/a Felipe GONSALES-GARCIA

Case No.

Case: 2:25−mj−30402
Assigned To : Unassigned
Assign. Date : 6/24/2025
Description: CMP USA v Gonzalez−Garcia (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 10, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a). | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about June 10, 2025, in the Eastern District of Michigan, Southern Division, Felipe GONZALEZ-GARCIA, a/k/a Efrain VEGA-MORENO, a/k/a Felipe GONSALES-GARCIA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about December 14, 2010, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

*Complainant's signature*

Hector Rivera, Deportation Officer, ICE ERO
*Printed name and title*

[X] Continued on the attached sheet.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 24, 2025__

*Judge's signature*

City and state: __Detroit, MI__

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Felipe GONZALEZ-GARCIA also known as Efrain VEGA-MORENO and Felipe GONSALES-GARCIA, an alien who has previously been removed from the United States on or about December 14, 2010, at or near Laredo, Texas, and was thereafter found in the United States on or about June 10, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to GONZALEZ-GARCIA. I have not included every fact known to law enforcement related to this investigation.

4. GONZALEZ-GARCIA is a forty-three-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On October 5, 1998, the United States Border Patrol (USBP) encountered GONZALEZ-GARCIA, providing the name of GONSALES-GARCIA, Felipe DOB: XX/XX/1979, at or near Calexico, California and voluntary returned him back to Mexico on the same date.

6. On October 7, 1998, USBP encountered GONZALEZ-GARCIA, providing the name of VEGA-MORENO, Efrain DOB: XX/XX/1982, at or near Calexico, California and voluntary returned him back to Mexico on the same date.

7. Again, on October 7, 1998, USBP encountered GONZALEZ-GARCIA, providing the name of VEGA-MORENO, Efrain DOB: XX/XX/1982, at or near Calexico, California and voluntary returned him back to Mexico on the same date.

8. On November 24, 2010, the 52nd District Court in Novi, Michigan, convicted GONZALEZ-GARCIA for Operating While Intoxicated. The court sentenced GONZALEZ-GARCIA to time served.

9. On or about November 29, 2010, Immigration and Customs Enforcement (ICE) Officers encountered GONZALEZ-GARCIA at the Oakland County Jail in Pontiac, Michigan. ICE lodged an I-247 Detainer while pending charges for Operating While Intoxicated by the Oakland County Sheriff's office. On or about November 29, 2010, the Oakland County Jail released GONZALEZ-GARCIA to ICE custody. ICE served GONZALEZ-GARCIA with an I-862 Notice to Appear. On December 7, 2010, an Immigration Judge in Detroit, Michigan, ordered GONZALEZ-GARCIA removed to Mexico. On December 14, 2010, ICE removed GONZALEZ-GARCIA from the United States to Mexico via the Laredo, Texas port of entry.

10. On June 10, 2025, the ICE/HSI Task Force traveled to the area of Horatio and Cecil St. in Detroit, MI in search of a target with an approved Field Operations Worksheet. At approximately 04:30 a.m., a male subject matching the physical description of our target exited the residence and entered the driver seat of a grey-colored Ford Focus bearing Michigan license plate EJP1839. Officers initiated a vehicle stop at or near Edsel Ford and Livernois in Detroit, MI on the vehicle to identify the driver in the vehicle based on the reasonable suspicion that this individual matched the description of the target seen exiting the residence. Officers contacted the driver of the vehicle and requested identification.

11. GONZALEZ-GARCIA stated his name to be Felipe GONZALEZ-GARCIA, and stated he is a citizen and national of Mexico. Officers placed GONZALEZ-GARCIA under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

12. Deportation Officers transported GONZALEZ-GARCIA to the Detroit Field Office for processing. The arrest and subsequent detention of GONZALEZ-GARCIA was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. GONZALEZ-GARCIA's fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Felipe GONZALEZ-GARCIA, a native and citizen of Mexico who had previously been removed from the United States.

14. A review of GONZALEZ-GARCIA's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that GONZALEZ-GARCIA did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on December 14, 2010.

15. On June 10, 2025, ICE-ERO served GONZALEZ-GARCIA with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

16. Based on the above information, I believe there is probable cause to conclude that Felipe GONZALEZ-GARCIA is an alien who has previously been removed from the United States on or about December 14, 2010, at or near Laredo, Texas and was thereafter found in the United States on or about June 10, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United

States, all in violation of Title 8, United States Code, Section 1326(a).

*Complainant's signature*

Hector Rivera, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge
June 24, 2025

4